UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
PAUL GERRY BENTON                           CASE NO. 20-10006
2112 REDWOOD DRIVE                          JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27405

   DEBTOR

SSN(1) XXX-XX-9467                          DATE:  10/22/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| AARON'S INC<br>ATTN OFFICER OR MANAGING AGENT<br>400 CHASTAIN CENTER BLVD NW STE 450<br>KENNESAW, GA  30144 | $0.00<br>INT:  .00%<br>NAME ID:  177150<br>CLAIM #:  0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AARON'S INC<br>ATTN OFFICER OR MANAGING AGENT<br>400 CHASTAIN CENTER BLVD NW STE 450<br>KENNESAW, GA  30144 | $0.00<br>INT:  .00%<br>NAME ID:  177150<br>CLAIM #:  0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICREDIT FINANCIAL SVCS INC<br>DBA GM FINANCIAL<br>P O BOX 183834<br>ARLINGTON, TX  76096-3834 | MONTHLY PMT  $771.13<br>INT:  .00%<br>NAME ID:  180706<br>CLAIM #:  0004 | | (Y) VEHICLE-ONGOING<br><br>ACCT:  0059<br>COMMENT:  19DODGE,CTD EFF W JUN 20 |
| AMERICREDIT FINANCIAL SVCS INC<br>DBA GM FINANCIAL<br>P O BOX 183834<br>ARLINGTON, TX  76096-3834 | $3,531.78<br>INT:  .00%<br>NAME ID:  180706<br>CLAIM #:  0020 | | (S) SECURED<br><br>ACCT:  0059<br>COMMENT:  ARR THRU MAY 20 |
| BANK OF AMERICA<br>P O BOX 982234<br>EL PASO, TX  79998-2234 | $0.00<br>INT:  .00%<br>NAME ID:  133437<br>CLAIM #:  0007 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  2689<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT:  .00%<br>NAME ID:  2170<br>CLAIM #:  0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  38570<br>CLAIM #:  0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  10590<br>CLAIM #:  0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9467<br>COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $743.49<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 7356<br>COMMENT: EMBLEM |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $5,023.96<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 6653<br>COMMENT: 720TFCL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $303.42<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 7826<br>COMMENT: JC PENNEY |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,328.26<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 3736<br>COMMENT: MATTRESS FIRM |
| LENDMARK FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY DEPT<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $3,807.16<br>INT: .00%<br>NAME ID: 170298<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 3264<br>COMMENT: |
| LEONARD BUILDINGS INC<br>P O BOX 1728<br>MOUNT AIRY, NC  27030 | $2,129.59<br>INT: .00%<br>NAME ID: 151753<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 059<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9467<br>COMMENT: OC |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0005 | | (S) SECURED<br>SURRENDERED<br>ACCT: 3116<br>COMMENT: 03DODG,03CHEV,REL |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $5,767.91<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 3116<br>COMMENT: SPLIT |
| PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>INT: .00%<br>NAME ID: 166309<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>T/A TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $1,227.38<br>INT: .00%<br>NAME ID: 183000<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 8137<br>COMMENT: |
| **TOTAL:** | **$25,634.08** | | |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10006

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,200.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/22/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice